**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Victor Munoz,<br><br>　　　　Petitioner,<br><br>vs.<br><br>United States,<br><br>　　　　Respondent. | No. CV-12-2240-PHX-FJM<br>　　 CR-09-0784-PHX-FJM<br><br>**ORDER** |

The court has before it petitioner's motion for copies of documents filed on the docket in this closed case (doc. 23). Petitioner says that he has lost his original copies and asks the court for duplicate copies at no charge given his *pro se* status.

An inmate has no right to free copies. 28 U.S.C. § 1915 "does not give a litigant a right to have documents copied and returned to him at government expense." *In re Richard*, 914 F.2d 1526, 1527 (6th Cir. 1990). Further, the Ninth Circuit has rejected any constitutional right to unlimited free photocopying. *Johnson v. Moore*, 926 F.2d 921, 923 (9th Cir. 1991) *superceded on other grounds*, 948 F.2d 517 (9th Cir. 1991).

The Clerk of Court charges 50 cents per page for reproducing any record or paper. *See* Judicial Conference Schedule of Fees ¶ 4, foll. 28 U.S.C. § 1914. Petitioner may obtain copies of documents filed in this case by submitting a written request to the Clerk of Court accompanied by payment of the 50 cents per page copy fee.

1   **IT IS ORDERED DENYING** petitioner's motion for copies (doc. 23).

2   DATED this 15th day of August, 2014.

*Frederick J. Martone*
Frederick J. Martone
Senior United States District Judge

- 2 -